# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RONALD A. ROGERS,                              CASE NO. 1:09-cv-01298-YNP

          Plaintiff,                              ORDER

    v.

CHRIS GRIJALVA, et al.,

          Defendants.
                                                    /

      Plaintiff Ronald A. Rogers ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On August 12, 2009, Plaintiff filed a motion for "Correction of Court's First Informational Order." (Doc. #6.)  Plaintiff points out that the Court's first informational order, issued on July 27, 2009, made several instructions applicable to prisoners filing civil rights actions, such as the requirements of the Prison Litigation Reform Act. (Doc. #4.)  Plaintiff correctly points out that, as a civil detainee, he is not subject to the Prison Litigation Reform Act or any other procedural rules that are only applicable toward prisoners.  The Court notes Plaintiff's correction and advises Plaintiff that, while he is not subjected to the rules and provisions that only apply to prisoners, he is still obligated to follow any other rules of general applicability that were set forth in the Court's first informational order.

      It is HEREBY ORDERED that Plaintiff's motion is GRANTED.  Plaintiff is not required to follow the requirements set forth in the first informational order that only apply to prisoners.

IT IS SO ORDERED.

Dated:   March 3, 2010                    /s/ Sandra M. Snyder
                                                    UNITED STATES MAGISTRATE JUDGE