# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

RONALD A. ROGERS,

                          Plaintiff,

     v.

CHRIS GRIJALVA, et al.,

                          Defendants.

_____/

CASE NO. 1:09-cv-01298-SMS PC

ORDER DENYING PLAINTIFF'S MOTION
FOR RE-SERVICE AS MOOT

(ECF No.  24)

       Plaintiff Ronald A. Rogers ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On August 24, 2011, waivers of service were returned executed on Defendants Sanzberro, Perez and Grijalva.  On September 2, 2011, Plaintiff filed a motion for re-service on Defendants by the United States Marshal.  (ECF No. 24.)  Since Defendants have been served, Plaintiff's motion is moot.

       Accordingly, Plaintiff's motion for re-service, filed September 2, 2011, is HEREBY DENIED.

       IT IS SO ORDERED.

**Dated:   September 11, 2011**           _____**/s/ Sandra M. Snyder**_____
                               UNITED STATES MAGISTRATE JUDGE