# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD A. ROGERS, | CASE NO. 1:09-cv-01298-BAM PC |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |
| v. | |
| CHRIS GRIJALVA, et al., | (ECF No. 31) |
| Defendants. | THIRTY-DAY DEADLINE |

Plaintiff Ronald A. Rogers ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's amended complaint, filed May 12, 2010, against Defendants Grijalva, Perez, and Sanzberro for conducting unreasonable searches in violation of the Fourth Amendment, and Defendant Grijalva for excessive force, involuntarily administering medications, and housing Plaintiff in punitive conditions of confinement.

On August 10, 2012, Defendants filed a motion for summary judgment. Plaintiff failed to file an opposition or a statement of non-opposition to the motion. Local Rule 230(l). Accordingly, it is HEREBY ORDERED that:

1. Plaintiff shall file an opposition or a statement of non-opposition to Defendants' motion for summary judgment within **thirty (30) days** from the date of service of this order; and

///

///

1

2. The failure to respond to Defendants' motion in compliance with this order will result in dismissal of this action, with prejudice, for failure to prosecute.

IT IS SO ORDERED.

Dated:   **November 27, 2012**                               /s/ **Barbara A. McAuliffe**
                                                           UNITED STATES MAGISTRATE JUDGE